### LONGSTREET v. TILTON, GUARDIAN OF TILTON.

A guardian must sue in the name of the ward.

*Certiorari* to Justice Smock.

It appeared the action had been brought and carried on in the name of Mary Tilton, as guardian of her daughter Jane, instead of being brought and carried on in the name of Jane Tilton, by her mother as guardian.

PER CURIAM.  The guardian must sue in the name of the ward.

Judgment reversed.